```
Michael G. Comfort - SB#76100
Attorney At Law
P.O. Box 5611
San Mateo, CA 94402
Phone: 650-235-1217
Fax: 888-730-4012

Attorney for Debtor(s)
```

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION

| | |
|---|---|
| In re: | Case No.: 16-41441 CN |
| ARNOLFO CARSULA BALMONTE | Chapter No.: 7 |
| SS# xxx-xx-8876 | Certificate of Mailing |

I hereby certify that I am over the age of 18 years and not a party to this action. I am employed by Michael G. Comfort, Attorney at Law, whose business address is PO Box 5611, San Mateo, CA 94402. On the date set forth, I served a copy of the **MOTION TO CONVERT CASE FROM CHAPTER 7 TO CHAPTER 13, NOTICE THEREOF, and this CERTIFICATE OF MAILING** on the parties listed on the attached pages by placing a true copy thereof, enclosed in a sealed envelope with First Class postage prepaid, for deposit in the U.S. Postal Service. The Chapter 7 and 13 Trustees, the United States Trustee and all other parties who are CM/ECF registered participants in this case will receive such notice upon the electronic filing of the above named document. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: July 15, 2016

/s/ Leigh Comfort
LEIGH COMFORT

Certificate of Mailing - 1

| | |
|---|---|
| 1 | Bank of America. |
| | PO Box 982238 |
| 2 | El Paso, TX 79998 |
| 3 | Citibank. |
| | PO Box 6283 |
| 4 | Sioux Falls, SD 57117 |
| 5 | Discover. |
| | PO Box 30943 |
| 6 | Salt Lake City, UT 84130 |
| 7 | Discover Financial Services |
| | PO Box 15316 |
| 8 | Wilmington, DE 19855 |
| 9 | Ditech Financial LLC. |
| | PO Box 6172 |
| 10 | Rapid City, SD 57709-6172 |
| 11 | Nationstar. |
| | PO Box 619098 |
| 12 | Dallas, TX 75261-9741 |
| 13 | Nationstar |
| | PO Box 619063 |
| 14 | Dallas, TX 75261 |
| 15 | Wells Fargo. |
| | PO Box 51193 |
| 16 | Los Angeles, CA 90051-5493 |
| 17 | Wells Fargo Card Services. |
| | PO Box 10347 |
| 18 | Des Moines, IA 50306-0347 |
| 19 | Sarah L. Little |
| | Chapter 7 Trustee |
| 20 | 2415 San Ramon Valley Blvd #4432 |
| | San Ramon, CA 94541 |
| 21 | |
| | Martha Bronitsky |
| 22 | Chapter 13 Trustee |
| | PO Box 5004 |
| 23 | Hayward, CA 94540 |
| 24 | United States Trustee |
| | 1301 Clay Street Suite 690N |
| 25 | Oakland, CA 94612-5217 |
| 26 | Arnulfo Balmonte |
| | 714 Penny Lane |
| 27 | Hayward, CA 94541 |
| 28 | |

Certificate of Mailing - 2